# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| James D. Patterson, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Great Expressions Dental Centers, P.C., d/b/a Great Expressions Dental Centers.<br><br>    Defendant. | Case No.: 2:23-cv-12670-TLL-PTM<br><br>Honorable Jonathan J.C. Grey |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court hereby **ORDERS** that the above-captioned action is dismissed without prejudice as to Defendant Great Expressions Dental Centers, P.C. d/b/a Great Expressions Dental Centers.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

**SO ORDERED**.

              s/Jonathan J.C. Grey
              JONATHAN J.C. GREY
              UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 9, 2024.

s/ S. Osorio
Sandra Osorio
Case Manager
